LAW OFFICES OF JOHN BURRIS
JOHN L. BURRIS, ESQ (SBN 69888)
STEVEN R. YOURKE (SBN 118506)
7677 Oakport St., Suite 1120
Oakland, CA  94621
Phone: (510) 839-5200
Fax: (510) 839-3882
Email: john.burris@johnburrislaw.com
steven.yourke@johnburrislaw.com

Attorneys for Plaintiff
RANDI FISHER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDI FISHER,<br><br>            Plaintiff,<br>   vs.<br><br>CITY OF MODESTO, a municipal corporation, HORACIO RUIZ, a police officer, MICHAEL HARDAN, police chief, and Does 1 through 20 inclusive,<br><br>            Defendants. | CASE NO.: 1:10-cv-01029<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED between Plaintiff Randi Fisher and the City of Modesto, as well as all individually named defendants employed by the City of Modesto at or during the time of the allegations contained in the First Amended Complaint in this action (specifically including, but not limited to, defendant-employees Chief Michael Hardan and Horacio Ruiz), that the First Amended Complaint, including all claims and affirmative defenses, are hereby dismissed by Plaintiff with prejudice.

Stipulation for Dismissal and Order                                      1

The parties have agreed to a settlement of the above captioned case through private mediation and the agreed consideration for said settlement has been delivered over to Plaintiff Randi Fisher.

Based upon the foregoing, the parties stipulate and request that a dismissal with prejudice should be entered at this time.

Each party will bear his or her own costs and attorneys' fees.

**LAW OFFICE OF JOHN BURRIS**

Dated: October 6, 2011  /s/ *John L. Burris*

**John L. Burris, Esq.**
**Steven R. Yourke, Esq**.
Attorneys for plaintiff
*RANDI FISHER*

**Office of the City Attorney**
**City of Modesto**

Dated: October 12, 2011  /s/ *James F. Wilson*

**James Francis Wilson**
Attorneys for Defendants
City of Modesto and Michael Hardan

**Meyers, Nave, Riback, Silver & Wilson**

Dated: October 2011

**Kimberly E. Colwell**
Attorneys for Defendant
Horacio Ruiz

**ORDER**

All of plaintiff's claims in the First Amended Complaint against the City of Modesto and all defendant-employees of the City of Modesto are dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party will bear his or her own costs and attorneys' fees.   The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  October 19, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE